UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV05-463-CAS(Mcx) | Date | July 14, 2008 |
|---|---|---|---|
| Title | *THE MEDICAL RESEARCH AND EDUCATION TRUST V. DR. KURT DONSBACH; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) - ORDER TO SHOW CAUSE

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **July 29, 2008** why this action should not be dismissed for lack of prosecution **as to defendants KURT DONSBACH; and HEALTH ADVANCES USA.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1)     Plaintiff's filing of a application for the clerk to enter default judgment on the defendant **KURT DONSBACH,** or plaintiff's filing of a motion for entry of default judgment on the defendant **KURT DONSBACH**; and

2)     A proof of service of Summons on Second Amended Complaint and Second Amended Complaint on defendant **HEALTH ADVANCES USA**

on or before the above date, as a satisfactory response to the Order to Show Cause.

cc:     Counsel

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |